IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY M. FOCKEN and MARGARET A. FOCKEN, Guardians and Conservators of Corey D. Focken,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FORTIS INSURANCE COMPANY, now known as TIME INSURANCE COMPANY,<br><br>        Defendant. | 8:07CV280<br><br>ORDER |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Progression Deadlines [35] is granted, as follows:

    1.    Motions for Summary Judgment shall be filed on or before September 8, 2008.

    2.    The deposition deadline is extended to August 18, 2008.

    3.    Trial exhibits shall be disclosed no later than November 3, 2008.

    4.    The deadline for filing motions in limine is extended to November 10, 2008.

    5.    The final pretrial conference, now set for August 28, 2008, is continued to Monday, **November 10, 2008 at 10:00 a.m.**

    6.    The trial, now set for September 16, 2008, is continued to **December 2, 2008** before Judge Laurie Smith Camp and a jury.

    **DATED May 7, 2008.**

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          **United States Magistrate Judge**