IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JERRY M. FOCKEN, Guardian and Conservator of Corey D. Focken, MARGARET A. FOCKEN, Guardian and Conservator Of Corey D. Focken, and COREY FOCKEN, by And through Jerry M. Focken and Margaret A. Focken, Guardians And Conservators,** | ) ) ) ) ) ) ) ) ) | CASE NO. 8:07CV280 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| **FORTIS INSURANCE COMPANY,** | ) ) | |
| Defendant. | ) | |

This matter is before the Court upon the parties' stipulation for dismissal of the Plaintiffs' Third Cause of Action, entitled "Bad Faith," with prejudice, the parties to bear their own costs and attorney fees as to that cause of action. The Court finds that the Stipulation should be sustained.

IT IS ORDERED:

1. Plaintiff's Third Cause of Action, entitled "Bad Faith," is dismissed with prejudice, the parties to bear their own costs and attorney fees as to that cause of action; and

2. This matter remains pending as to Plaintiffs' First and Second Causes of Action.

DATED this 8th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge