IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY M. FOCKEN, et al., | ) | Case No. 8:07CV280 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FORTIS INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation given to the magistrate judge by Steve Davidson, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **December 17, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 17th day of October 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge