IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY M. FOCKEN and MARGARET A. FOCKEN, Guardians and Conservators of Corey D. Focken,<br><br>Plaintiffs,<br><br>v.<br><br>FORTIS INSURANCE COMPANY, now known as TIME INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 8:07CV280<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Motion for Dismissal of Action with Prejudice. The Court finds that the joint stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Motion for Dismissal of Action with Prejudice (Filing No. 51), and the relief requested therein, is granted;

2. The Amended Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 17th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge